ACCEPTED
12-14-00220-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/16/2015 3:52:28 PM
CATHY LUSK
CLERK

**No. 12-14-00220-CV**

_____

**IN THE TWELFTH DISTRICT OF TEXAS**
**Tyler, Texas**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/16/2015 3:52:28 PM
CATHY S. LUSK
Clerk

_____

**EAST TEXAS MEDICAL CENTER GILMER**
**Appellant,**

v.

**BIRDER PORTER**
**Appellee.**

_____

Appeal from 115th District Court,
Upshur County, Texas
Honorable Lauren Parish, Presiding Judge

_____

## APPELLANT'S NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

**TO THE HONORABLE TYLER COURT OF APPEALS:**

Please take notice of the change of address, effective February 15, 2015, of the undersigned attorneys of record for East Texas Medical Center Gilmer.

Russell G. Thornton
THIEBAUD REMINGTON THORNTON BAILEY LLP
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, TX 75206
rthornton@trtblaw.com
Phone:  (214) 954-2200
Fax:  (214) 754-0999 (Fax)

Respectfully Submitted,

**THIEBAUD REMINGTON THORNTON BAILEY, L.L.P.**


By: /s/Russell G. Thornton
 **RUSSELL G. THORNTON**
 State Bar Card No. 19982850
 rthornton@trtblaw.com

 1445 Ross Avenue, Suite 4800
 Dallas, Texas  75202
 (214) 954-2200
 (214) 754-0999 (Fax)

**COUNSEL FOR APPELLANT**
**EAST TEXAS MEDICAL CENTER**
**GILMER**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **16ᵗʰ** day of **February, 2015**, a true and correct copy of the foregoing document was delivered to counsel listed below:

**VIA E-SERVE & E-MAIL:**
Mr. Michael Bernoudy
THE BERNOUDY LAW FIRM
2400 W. Grand Avenue
Marshall, Texas  75670


 /s/ Russell G. Thornton
 **RUSSELL G. THORNTON**